FLEET BANK OF CONNECTICUT *v.* PETER LAWLER ET AL.
(10543)

NORCOTT, FOTI and LAVERY, Js.

Argued May 8—decision released June 2, 1992

*Peter J. Sterling,* for the appellants (named defendant et al.).

*Ann R. Stravalle-Schmidt* and *Melvin A. Simon,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.